| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP<br>ADAM FRIEDENBERG, Bar No. 205778 |
| 2 | JONATHAN A. ELDREDGE, Bar No. 238559<br>ADAM M. RAPP, Bar No. 280824 |
| 3 | One Walnut Creek Center<br>100 Pringle Avenue, Suite 500 |
| 4 | Walnut Creek, CA 94596<br>Telephone:  (925) 210-2800 |
| 5 | Facsimile:   (925) 945-1975<br>Emails:       afriedenberg@glynnfinley.com |
| 6 | jeldredge@glynnfinley.com<br>arapp@glynnfinley.com |
| 7 | |
| 8 | LAW OFFICE OF WILLIAM REILLY<br>WILLIAM B. REILLY, Bar No. 177550 |
| 9 | 86 Molino Avenue<br>Mill Valley, CA 94941-2621 |
| 10 | Telephone:  (415) 225-6215<br>Facsimile:   (415) 225-6215 |
| 11 | Email:        bill@williambreilly.com |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | KIMBERLY CUSACK-ACOCELLA, an individual, SCOTT LANGER, an individual, MICHAEL HENRY, an individual, JANICE SMOTHERS, an individual, and GRACE OUDIN, an individual, KASSI NYE, an individual, and LISE STEPHENS, an individual, on behalf of themselves and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DUAL DIAGNOSIS TREATMENT CENTER, INC., a California corporation doing business as SOVEREIGN HEALTH, TONMOY SHARMA, an individual, KEVIN GALLAGHER, an individual, DAVID TESSERS, an individual, and ALLIED BENEFIT SYSTEMS, INC., an Illinois corporation,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No.** 8:18-cv-01009-AG (KESx)<br><br>**NOTICE OF DISCOVERY MOTION AND TELEPHONIC CONFERENCE**<br><br>Date:    April 4, 2019<br>Time:   9:30 a.m.<br>Crtrm:  6D (Santa Ana Division)<br>Judge:  Hon. Karen E. Scott |

---

NOTICE OF DISCOVERY MOTION AND TELEPHONIC CONFERENCE

1  **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE** that the Court set a telephonic discovery
3  conference for April 4, 2019 at 9:30 a.m. to discuss Sovereign's compliance with
4  its Order. The call-in number is 877-848-7030, and the access code is 7771217.

5  Dated: April 3, 2019

GLYNN & FINLEY, LLP

By   /s/ Jonathan A. Eldredge
     Attorneys for Plaintiffs

NOTICE OF DISCOVERY MOTION AND TELEPHONIC CONFERENCE