**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| KIMBERLY CUSACK-ACOCELLA, et al.,<br><br>             Plaintiffs,<br><br>        v.<br><br>DUAL DIAGNOSIS TREATMENT CENTER, INC., et al.,<br><br>             Defendants. | Case No. 8:18-cv-01009-ODW (KESx)<br><br>**JUDGMENT** |

In light of the Court's Order Granting in Part Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards, (ECF No. 282), it is hereby **ORDERED, ADJUDGED, and DECREED** that Plaintiffs Kimberly Cusack-Acocella, Scott Langer, Michael Henry, Janice Smothers, Grace Oudin, Kassi Nye, and Lise Stephens are **AWARDED**:

- **$1,301,741.75 in attorneys' fees,**
- **$84,118.96 in costs,**
- **$35,000 in incentive awards** ($5,000 for each named Plaintiff), and
- **post-judgment interest** as governed by 28 U.S.C. § 1961(a).

These amounts shall be payable by Defendants Allied Benefit Systems, Dual Diagnosis Treatment Center, Inc. (dba Sovereign Health), and Tonmoy Sharma, jointly and severally, as set forth in the parties' settlement agreement. Aside from any amounts already agreed to among the parties, Plaintiffs shall recover nothing from Defendants David Tessers and Kevin Gallagher. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

March 24, 2021

                                          **OTIS D. WRIGHT, II**
                                   **UNITED STATES DISTRICT JUDGE**